OSWALD W. POTTER, Appellant, v. HARRY SPIEGEL and Others, Defendants; MORRIS DIAMOND, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JULIUS PHILLIPS, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN SANACORY, Appellant.— Motion to enlarge time dismissed. It does not appear that there was ever any appeal taken from the order of resentence, entered August 27, 1935; and no notice of such appeal is attached to the motion papers. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. F. W. WOOLWORTH COMPANY, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Young, Hagarty and Davis, JJ.; Carswell, J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK on the Complaint of EDITH J. MISTARKA, Respondent, v. WALDO ERICKSON, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

JOHN RIZZO, Respondent, v. CARMELA RIZZO, Appellant.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

MARGARET J. ROCHE, Appellant, v. EDWIN L. THURBER and Others, Defendants, and SAMUEL SINGER and Others, Respondents.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

GERTRUDE BERGER SILVERMAN, Respondent, v. STERLING NATIONAL BANK AND TRUST COMPANY OF NEW YORK, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

CLAIRE SPERO, as Administratrix, etc., of THEODORE SPERO, Deceased, and CLAIRE SPERO, Respondents, v. JOHN MADDEN and JOSEPH MADDEN, Appellants, and Another Defendant. ANNE FIUMARELLI, Respondent, v. JOHN MADDEN and JOSEPH MADDEN, Appellants, and Another, Defendant.— Motions for leave to appeal to the Court of Appeals denied. Stay granted in each case until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.